UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE WILLIBY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | No. 2:14-cv-04203 CBM (MRWx)<br><br>**JUDGMENT** |

///
///
///

1

Consistent with the concurrently filed Findings of Fact and Conclusions of Law, the Court hereby enters judgment in favor of Plaintiff. In accordance with the terms of the STD Plan, Defendant shall provide Plaintiff all outstanding STD benefits owed during the 26-week period that Plaintiff was temporarily disabled, (*i.e.,* from December 20, 2012 to June 20, 2013), no later than **September 14, 2015**.

**IT IS SO ORDERED.**

DATED: August 31, 2015

　　　　　　　　　　　　　　　　　　　　　Honorable Consuelo B. Marshall
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2