JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE WILLIBY<br><br>　　　　Plaintiff,<br>v.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | Case No.: 14-cv-04203 CBM (MRWx)<br><br>**JUDGMENT** |

Consistent with the Court's Findings of Fact and Conclusions of Law, judgment is hereby entered in favor of Aetna Life Insurance Company. The case is dismissed with prejudice.

DATED: November 26, 2018

　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1